AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
APR 1 2 2006

─── DISTRICT OF ───

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-130-M-01

I, _Antwan R. Coles_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 12, 2006_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer