UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: |
| v. | : | Magistrate Number: |
| **ANTWAN GALES,** | : | VIOLATION: 18 U.S.C. §1701 (Obstruction of Mails) |
| Defendant. | : | |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Antwan Gales, under penalty of perjury, agrees and stipulates, to the following facts in connection with his plea of guilty to 18 U.S.C. §1701 (Obstruction of Mails).

### Background

At all times material to the commission of the crime, George Washington University ("George Washington") was a major student-centered, international, research university offering respected undergraduate, graduate and professional programs. George Washington is located at 2121 Eye Street, N.W., in Washington, D.C. Pitney Bowes was a private company that provided mail processing services for George Washington. This service included the sorting and final distribution of letters and packages that had been delivered to a George Washington mail depository by United States Postal Service employees ("mail matter"). Chase was a company that issued credit cards containing credit card numbers and had activity which affected interstate commerce. Credit card numbers were "access devices" in that they could be used, alone or in conjunction with the expiration date, to obtain money, goods, services, or anything of value. Between November 2003, and January 2004, defendant Antwan Gales worked as a mail sorter

for Pitney Bowes at George Washington where his duties included the sorting and delivery of mail matter.

### Obstruction of Mails

Between in or about November 2003, and in or about January 2004, while in the District of Columbia and elsewhere, defendant Antwan Gales sought to enrich himself by taking mail matter delivered to George Washington and subsequently using stolen credit cards to purchase merchandise. While employed by Pitney Bowes and working at George Washington, defendant Antwan Gales and one or more joint participants took letters from the mail that were not directed to them in order to obtain credit cards. Defendant Antwan Gales opened such mail matter and obtained credit cards not belonging to him. Defendant Antwan Gales or one or more joint participants successfully activated the stolen credit cards by contacting the credit card issuer, Chase, and providing personal information of the intended cardholder. Personal information of George Washington University students, including the names, dates of birth, addresses and social security numbers, was maintained in several log books kept in the mail room where defendant Antwan Gales worked. These log books were kept for the purpose of redirecting improperly or insufficiently addressed mail. After activating the stolen credit cards, defendant Antwan Gales and one or more joint participants used the stolen credit cards to fraudulently purchase merchandise valued in excess of $11,100 from retail stores located in the District of Columbia and elsewhere.

From in or about November 2003, through in or about January 2004, defendant Antwan Gales knowingly and willfully obstructed the passage of the mail by taking mail matter, opening it and obtaining credit cards from that mail matter.

Date: 3-13-06

*Antwan Gales*
Antwan Gales

I have read each of the three pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 3.13.06

ALMO CARTER, ESQUIRE
Attorney for the Antwan Gales

Robert L. Jenkins, Jr.
4-12-06

3